IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHNNY MULLER,

    Plaintiff,

v.                                                                           No. 14-cv-0953 SMV

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security Administration,

    Defendant.

## ORDER FOR SUPPLEMENTAL INFORMATION

THIS MATTER is before the Court on Plaintiff's Motion to Proceed In Forma Pauperis . . . [Doc. 3], filed on October 23, 2014. In the Motion, Plaintiff avers that his marital status is "separated." However, he gives no information regarding his spouse's income and assets, in which he presumably has a community property interest and, thus, should be considered in determining his indigency.

**IT IS THEREFORE ORDERED** that, **no later than November 13, 2014**, Plaintiff supplement his Motion with his spouse's financial information by completing the Court's long form Application to Proceed in District Court Without Prepaying Fees or Costs, which is available on the Court's website, or otherwise show cause why his spouse's income and assets should not be considered.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**